NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ABS GLOBAL, INC.,**
*Appellant*

**v.**

**INGURAN LLC,**
*Appellee*

———————————

2018-1240

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00927.

———————————

**JUDGMENT**

———————————

STEVEN J. HOROWITZ, Sidley Austin LLP, Chicago, IL, argued for appellant. Also represented by CONSTANTINE L. TRELA, JR.; JEFFREY PAUL KUSHAN, Washington, DC.

ZE-WEN JULIUS CHEN, Akin Gump Strauss Hauer & Feld LLP, Washington, DC, argued for appellee. Also represented by KIRT S. O'NEILL, San Antonio, TX.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| February 7, 2019 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |